# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| SCOTT JOHNSON, <br> Plaintiff, <br> v. <br> FICO'S NEW YORK STYLE PIZZA INC., <br> Defendant. | Case No. 21-cv-05723-BLF <br><br> **DEFAULT JUDGMENT** |

Plaintiff Scott Johnson's motion for default judgment having been granted by order issued contemporaneously with this judgment,

It is hereby ordered and adjudged that judgment be entered in favor of Scott Johnson and against Fico's New York Style Pizza Inc. in the total amount of $7,162, which includes attorneys' fees and costs.

Additionally, it is hereby ordered and adjudged that Defendant Fico's New York Style Pizza shall bring the dining surfaces at its restaurant at 4622 Meridian Avenue, San Jose, California in compliance with the 2010 Americans with Disabilities Act Accessibility Guidelines no later than six months after service of this injunction.

Dated: June 30, 2022

_____
BETH LABSON FREEMAN
United States District Judge